# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Luis Cabrera, Everett Cabrera, <br><br> Plaintiffs, <br><br> v. <br><br> Vicion Group; et al., <br><br> Defendants. | Case No. 2:25-cv-01822-CDS-DJA <br><br> **Order** |

Before the Court is pro se Plaintiff Everett Cabrera's application to proceed *in forma pauperis* (meaning, to proceed without paying the filing fee). (ECF No. 3). However, the filing fee for this case has already been paid. (ECF No. 1-2). So, Everett Cabrera's application is unnecessary for this case to proceed and the Court denies the application as moot.

**IT IS THEREFORE ORDERED** that Everett Cabrera's application to proceed *in forma pauperis* (ECF No. 3) is **denied as moot.** The Clerk of Court is kindly directed to send a copy of this order to Plaintiffs.

DATED: September 29, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE