# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Luis Cabrera, et al.,

                    Plaintiffs

v.

Vicion Group, et al.,

                    Defendants

Case No. 2:25-cv-001822-CDS-DJA

**Order Dismissing
and Closing Case**

The complaint in this action was filed on September 26, 2025. ECF No. 1. On December 29, 2025, the court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) explaining that unless proof of service as to Vicion Group, Vicion Power, Inc., Vicion Power Real Estate, Inc, Gabriel Garcia, and Gloria Sandoval was filed by January 28, 2026, the court would enter an order of dismissal. ECF No. 7. On January 30, 2026, I sua sponte extended the deadline for the plaintiffs to file proof of service. ECF No. 9. The deadline has now passed, and no proof of service is filed.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice. The Clerk of Court is kindly instructed to close this case.

Dated: February 13, 2026

_____
Cristina D. Silva
United States District Judge